# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| THOMAS BACKAL § | |
| § | |
| V. § | CASE NO. 4:11-CV-563 |
| § | Judge Schneider/Judge Mazzant |
| WELLS FARGO, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 3, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo Bank, N.A., incorrectly named herein as Wells Fargo and Mortgage Electronic Registration Systems, Inc., as Nominee for DHI Mortgage Company, LTD's Motion to Dismiss Plaintiff's Lawsuit (Dkt. #7) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Lawsuit (Dkt. #7) is **GRANTED** and all claims are DISMISSED with prejudice.

**It is SO ORDERED.**

SIGNED this 29th day of November, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE